| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Alex Spiro (*pro hac vice* forthcoming)<br>alexspiro@quinnemanuel.com |
| 3 | Jesse Bernstein (*pro hac vice* forthcoming)<br>jessebernstein@quinnemanuel.com |
| 4 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 |
| 5 | Telephone: (212) 849-7000 |
| 6 | |
| 7 | Michael T. Lifrak (Bar No. 210846)<br>michaellifrak@quinnemanuel.com |
| 8 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 9 | Telephone: (213) 443-3000 |
| 10 | *Counsel for Defendants* |
| 11 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LAMONTAGNE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC., ELON R. MUSK, ZACHARY J. KIRKHORN, and DEEPAK AHUJA,<br><br>    Defendants. | Case No. 3:23-cv-00869-BLF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Thomas Lamontagne ("Plaintiff"), and Defendants Tesla, Inc., Elon Musk, Zachary Kirkhorn, and Deepak Ahuja (together, "Defendants"), by and through their undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, this securities class action (the "Action") is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

WHEREAS, in accordance with the PSLRA, Lamontagne published notice of the pendency of the Action on February 27, 2023;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline under the PSLRA for members of the purported class to file motions for appointment as lead plaintiff in this action is April 28, 2023;

WHEREAS, the parties anticipate that the Court will appoint a lead plaintiff in accordance with the PSLRA, and that the lead plaintiff, once appointed, will seek to file an amended consolidated complaint;

WHEREAS, the parties anticipate that the lead plaintiff and Defendants will confer regarding a schedule that addresses the timeline for filing of an amended consolidated complaint, Defendants' response to that complaint, and briefing for any motion to transfer this action pursuant to 28 U.S.C. § 1404;

WHEREAS, on February 27, 2023, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Case Management Order") requiring that the parties meet and confer regarding certain discovery, dispute resolution, and case management matters, and file a case management statement pursuant to Federal Rule of Civil Procedure 26(f) on June 1, 2023 (Dkt. No. 4);

WHEREAS, the Case Management Order also set an initial case management conference in this Action for June 8, 2023 (Dkt. No. 4);

WHEREAS, because this Action is subject to the PSLRA's mandatory stay of all discovery during the pendency of motions to dismiss, 15 U.S.C. § 78u-4(a)(3)(B), the parties believe it would save judicial resources to continue the case management conference set for June 8, 2023 until after resolution of Defendants' anticipated motions to dismiss;

WHEREAS, no party has previously requested or received time for an extension to respond to

the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. The undersigned counsel for Defendants hereby accept service of the summons and complaints in the Action on behalf of the Defendants; provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the sufficiency of service of the summons and complaints and the form of the summons. By entering into this Stipulation, Plaintiff shall not waive, and expressly preserves all rights, claims and defenses.

2. The Parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the complaint filed in the Action and that, unless otherwise ordered by the Court, Defendants may defer any answer or other response until after an order is entered regarding the Court's appointment of a Lead Plaintiff and approval of Lead Plaintiff's selection of Lead Counsel pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3).

3. The Parties stipulate and agree that no more than ten (10) days after the Lead Plaintiff has been appointed and Lead Counsel has been approved by the Court in accordance with the PSLRA, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of a consolidated or amended complaint and Defendants' response thereto, as well as for briefing on any motion to transfer this action pursuant to 28 U.S.C. § 1404.

4. The case management conference set for June 8, 2023 shall be continued to a date following the resolution of any motion to dismiss the operative complaint.

Dated: March 23, 2023

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **POMERANTZ LLP** |
| */s/ Michael Lifrak* | */s/ Jennifer Pafiti* |
| Michael T, Lifrak (Bar No. 210746) | Jennifer Pafiti (SBN 282790) |
| 865 South Figueroa Steet, 10th Floor | 1100 Glendon Avenue, 15th Floor |
| Los Angeles, California 90017 | Los Angeles, California 90024 |
| Telephone: (213) 443-3153 | Telephone: (310) 405-7190 |
| Facsimile: (213) 443-3100 | jpafiti@pomlaw.com |
| michaellifrak@quinnemanuel.com | |
| | *Counsel for Plaintiff* |
| Alex Spiro (*pro hac vice* forthcoming) | |
| Jesse Bernstein (*pro hac vice* forthcoming) | |
| 51 Madison Avenue, 22nd Floor | |
| New York, New York 10010 | |
| Telephone: (212) 849-7000 | |
| Facsimile: (212) 849-7100 | |
| alexspiro@quinnemanuel.com | |
| jessebernstein@quinnemanuel.com | |
| | |
| *Counsel for Defendants* | |

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of the document has been obtained from each of the signatories above.

Dated: March 23, 2023                                    */s/ Michael Lifrak*

                                                                          Michael Lifrak

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

Dated: _____, 2023

_____
The Honorable Judge Beth Labson Freeman
United States District Judge