**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

[Additional counsel on signature page]

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
Guillaume Buell (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS LAMONTAGNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., ELON R. MUSK, ZACHARY J. KIRKHORN, and DEEPAK AHUJA,<br><br>Defendants. | Case No. 3:23-cv-00869-AMO<br><br>**CLASS ACTION**<br><br>**NOTICE THAT OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION AND OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIF AND APPROVAL OF SELECTION OF COUNSEL IS UNNOPOSED**<br><br>**Date:** June 22, 2023<br>**Time:** 2:00 p.m.<br>**Courtroom:** 10 – 19th Floor<br>**Judge:** Araceli Martínez-Olguín |

On April 28, 2023, Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA") and Oakland County Employees' Retirement System ("Oakland County ERS" and together with Oakland County VEBA, "Oakland County") moved this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, for appointment as Lead Plaintiff and approval of selection of Labaton Sucharow LLP as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP as Liaison Counsel to the Class (the "Motion"). *See* ECF No. 14. On the same day, a group of two putative Class members filed a similar motion for lead plaintiff appointment. *See* ECF No. 20. Following the filing of Oakland County's Motion and review of the respective motions and supporting papers, the competing movants filed a notice acknowledging that they do not have the largest financial interest in the relief sought in the litigation. *See* ECF No. 27.

Oakland County's Motion for appointment as Lead Plaintiff and approval of selection of counsel is, therefore, unopposed. Oakland County—which incurred losses of $2,020,887 on its Class Period transactions in Tesla, Inc. common stock—has the largest financial interest in the action and otherwise meet all the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"). As the Lead Plaintiff movant claiming the largest financial interest while also satisfying the preliminary showing of typicality and adequacy under Rule 23, Oakland County is therefore the presumed "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B). Further, because Oakland County's Motion is unopposed, the presumption of "most adequate plaintiff" is unrebutted, thereby entitling Oakland County to appointment as Lead Plaintiff under the PSLRA. *Id.*; *In re Cavanaugh*, 306 F.3d 726, 732 (9th Cir. 2002); *Habelt v. iRhythm Techs., Inc.*, No. 21-cv-00776-EMC, 2021 WL 2207365, at *1 (N.D. Cal. June 1, 2021) (granting unopposed lead plaintiff motion filed by an institutional investor).

For the foregoing reasons, Oakland County requests that the Court: (i) appoint Oakland County as Lead Plaintiff; (ii) approve its selection of Labaton Sucharow LLP as Lead Counsel for the Class and Hagens Berman as Liaison Counsel for the Class; and (iii) grant such other and further relief as the Court may deem just and proper.

DATED: May 12, 2023                    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
Guillaume Buell (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle
79 Alfred Street
Detroit, Michigan 48201
Tel: (313) 578-1200
Fax: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Proposed Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore