**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Michael T. Lifrak (Bar No. 210846)
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
michaellifrak@quinnemanuel.com

Alex Spiro
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com

*Counsel for Defendants Tesla, Inc. and Elon R. Musk*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS LAMONTAGNE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No. 3:23-CV-00869-AMO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Judge:  Hon. Araceli Martínez-Olguín<br>Courtroom:  10, 19th Floor<br>Hearing Date:  May 23, 2024<br>Hearing Time:  2:00 p.m. |

Pursuant to Local Civil Rule 7-3(d)(2), Defendants Tesla, Inc. and Elon R. Musk ("Defendants") submit this Statement of Recent Decision to alert the Court to a recent decision issued by the United States Supreme Court that may be relevant to Defendants' pending Motion to Dismiss (ECF No. 62). The Supreme Court's April 12, 2024 decision in *Macquarie Infrastructure Corporation v. Moab Partners, L.P.*, No. 22-1165, 2024 WL 1588706 (U.S. Apr. 12, 2024) is attached hereto as **Exhibit A**. This decision was issued after Defendants filed their Reply in Support of Defendants' Motion to Dismiss. ECF No. 70.

DATED: April 16, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Michael T. Lifrak*
Michael T. Lifrak (Bar No. 210846)
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
michaellifrak@quinnemanuel.com

Alex Spiro (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Leigha Empson (*pro hac vice*)
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
leighaempson@quinnemanuel.com

*Counsel for Defendants*