UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS LAMONTAGNE, | Case No.23-cv-00869-AMO |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| TESLA, INC., et al., | |
| Defendants. | |

On September 30, 2024, the Court issued an order granting Defendants' motion to dismiss with leave to amend. ECF 77. On October 30, 2024, Plaintiffs notified the Court of their intent to not file an amended complaint. ECF 78. Any amended complaint was due October 30, 2024, and none was filed. Pursuant to Federal Rule of Civil Procedure 58, the Court's order dismissing Plaintiffs' complaint, and Plaintiffs' notice of intent to stand on their complaint, the Court hereby **ENTERS** judgment in favor of Defendants.

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**