**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas *(pro hac vice)*
Jake Bissell-Linsk *(pro hac vice)*
Guillaume Buell *(pro hac vice)*
Matthew J. Grier *(pro hac vice)*
140 Broadway
New York, NY  10005
Telephone:  212 907 0700
Fax:  212 818 0477
cvillegas@labaton.com
jbissell-linsk@labaton.com
gbuell@labaton.com
mgrier@labaton.com

*Counsel for Lead Plaintiff Oakland County Voluntary Employees' Beneficiary Association, and Oakland County Employees' Retirement System*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS LAMONTAGNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:23-CV-00869-AMO<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE THAT NO TRANSCRIPT WILL BE ORDERED** |

Pursuant to Ninth Circuit Rules, Rule 10-3.1, please take notice that no transcripts will be ordered for the appeal in this matter, which was filed on December 23, 2024 (ECF No. 80), because no hearing was held in connection with Defendants' Motion to Dismiss (ECF No. 62), which the Court granted on September 30, 2024 (ECF No. 77).

Dated: January 13, 2025

**LABATON KELLER SUCHAROW LLP**
By: */s/ Jake Bissell-Linsk*
Carol C. Villegas *(pro hac vice)*
Jake Bissell-Linsk *(pro hac vice)*
Guillaume Buell (pro hac vice)
Matthew J. Grier *(pro hac vice)*
140 Broadway
New York, NY  10005
Telephone:  212 907 0700
Fax:  212 818 0477
cvillegas@labaton.com
jbissell-linsk@labaton.com
gbuell@labaton.com
mgrier@labaton.com

*Counsel for Lead Plaintiff Oakland County Voluntary Employees' Beneficiary Association and Oakland County Employees' Retirement System, and Lead Counsel for the Proposed Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar. No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for the Proposed Class*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI  48201
Telephone: (313) 578-1200
Fax: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 13, 2025
New York, New York

/s/ *Jake Bissell-Linsk*

Jake Bissell-Linsk