UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION and OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, Lead Plaintiffs, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> THOMAS LAMONTAGNE, <br><br> Plaintiff, <br><br> v. <br><br> TESLA INC. and ELON MUSK, <br><br> Defendants - Appellees, <br><br> and <br><br> ZACHARY J. KIRKHORN and DEEPAK AHUJA, <br><br> Defendants. | No. 25-55 <br><br> D.C. No. 3:23-cv-00869-AMO <br><br> Northern District of California, San Francisco <br><br> MANDATE |

The judgment of this Court, entered December 02, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT